# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **MELANIE O'NEAL** | § | |
| **V.** | § | **CIVIL ACTION NO. 5:18CV152-CMC** |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | § | |

## FINAL JUDGMENT

Pursuant to the Order of the United States Magistrate Judge filed in this matter, it is hereby

**CONSIDERED**, **ORDERED, and ADJUDGED** that the above-entitled and numbered Social Security action is **AFFIRMED**.

All motions by either party not previously ruled on are hereby **DENIED.**

**SIGNED this 27th day of March, 2020.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE